June 17, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES NEZAT, Appellant

NO. 14-13-00074-CV                           V.

TUCKER ENERGY SERVICES, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Tucker Energy Services, Inc., signed November 11, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, James Nezat, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.